UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | INFORMATION NO. 5:22-cr-04 |
|---|---|---|
| v. | ) | |
| | ) | 21 U.S.C. 843(b) |
| KENRIC LOTT | ) | Unlawful Use of |
| | ) | Communication Facility |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNTS ONE AND TWO
USE OF COMMUNICATION FACILITY
21 U.S.C. §843(b)

On or about the dates below, in Bacon, Coffee, Emanuel, Jeff Davis, Pierce, and Wheeler Counties, within the Southern District of Georgia, and elsewhere, **Mr. Kenric Lott**, aided and abetted by others known and unknown, knowingly and intentionally used a communication facility, to wit, one or more telephones, in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute methamphetamine, which constitute felony violations of Title 21 U.S.C. §§ 841(a) and 846 :

| COUNT | DEFENDANT | DATE |
|---|---|---|
| 1 | **KENRIC LOTT** | February 28, 2019 |
| 2 | **KENRIC LOTT** | April 4, 2019 |

All done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(b).

/s/ *Patricia G. Rhodes*
Patricia G. Rhodes
Criminal Chief

E. Greg Gilluly, Jr.
Assistant United States Attorney